RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Da Zhang

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DA ZHANG,<br><br>Defendant. | Case No. 2:20-cr-153-JCM-DJA-1<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Da Zhang, that the case be closed.

This Stipulation is entered into for the following reasons:

1.      On August 13, 2020, Mr. Zhang pled guilty to the charge of Failure to Obtain Special Recreation Permit. ECF No. 5. The Court then sentenced him

to a term of 12 months unsupervised probation with the following special conditions: no adverse contact with law enforcement and pay fines totaling $275.00. *Id.*

2.      Mr. Zhang is in compliance with the special conditions.

3.      Based on his successful completion of 7 months' unsupervised probation, the parties jointly request the case be closed.

DATED: March 16, 2021.


RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney


By */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender

By */s/ Rachel Kent*
RACHEL KENT
Special Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DA ZHANG,

        Defendant.

Case No. 2:20-cr-153-JCM-DJA-1

**ORDER**

Based on the pending Stipulation of counsel, IT IS ORDERED that the case is closed.

DATED March 22, 2021.

_____
UNITED STATES DISTRICT JUDGE

3